UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SHAWN EUBANKS,

    Plaintiff,

v.                                             Case No. 22-C-195

JACOB DORN,

    Defendant.

## DECISION AND ORDER

    Plaintiff Shawn Eubanks, who is currently serving a state prison sentence and representing himself, is proceeding on an excessive force claim against Defendant. On April 7, 2023, Eubanks filed a motion for mediation assistance in which he expresses his desire to settle this case. Dkt. No. 96. Typically, the Court refers a case to a magistrate judge for mediation only if all parties express an interest in mediation because settlement is unlikely when only one party is interested. Defendant is on notice that Eubanks is interested in pursuing settlement. If Defendant also is interested, he should promptly notify the Court, and the Court will refer the matter to a magistrate judge for mediation.[1] If Defendant is not interested in pursuing settlement at this time, no further action is required. The Court will continue its efforts to recruit a volunteer lawyer to represent Eubanks at trial.

    **SO ORDERED** at Green Bay, Wisconsin this **10th** day of May, 2023.

                                                                  s/ William C. Griesbach
                                                                   William C. Griesbach
                                                                   United States District Judge

---

[1] It is often easier to recruit counsel for the limited purpose of assisting a prisoner plaintiff at mediation.